FILED
2008 JUL 25 PM 2: 50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

VINCENT D. HOWARD, State Bar No. 232478
vhoward@howardnassiri.com
DAMIAN J. NASSIRI, State Bar No. 231667
dnassiri@howardnassiri.com
**HOWARD | NASSIRI, LLP**
1600 South Douglass Road, First Floor
Anaheim, CA 92806
(800) 872-5925 Telephone
(888) 533-7310 Facsimile
www.HOWARDNASSIRI.com

Attorneys for Plaintiff, JULIAN LEBRILLA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN LEBRILLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANCORP, a corporation,<br>LITTON LOAN SERVICING, L.P.,<br>AND DOES 1-10,<br><br>　　　　Defendants. | CASE NO. CV08-04906 (Ex)<br><br>EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>Fed R Civ P 65(a), (b)<br><br>DATE:<br>TIME:<br>DEPT:<br>JUDGE: |

　　　Plaintiff JULIAN LEBRILLA hereby moves Ex Parte for a Temporary Restraining Order, and Order to Show Cause Re: Preliminary Injunction. This motion is based on Federal Rules of Civil Procedure 64 and 65.

　　　Plaintiff is seeking injunctive relief including a temporary restraining to prevent a trustee's sale of the real property located 1978 Miramar Street, Pomona, California 91767 (hereinafter "Property" or "the Property") by Defendant LITTON LOAN SERVICING, L.P., U.S. BANCORP, AND DOES 1-10, a corporation, Defendant's agents, officers, or representatives, including but not limited to the

1 trustee who has noticed the impending sale, pending the hearing and determination
2 on Plaintiff's request for a preliminary injunction.
3     Plaintiff also seeks the Court to issue a preliminary injunction to prevent a
4 trustee's sale of Property by Defendant LITTON LOAN SERVICING, L.P., U.S.
5 BANCORP, AND DOES 1-10, a corporation, Defendant's agents, officers, or
6 representatives, pending the resolution of this case, and at the Court's discretion, to
7 require Plaintiff to post an undertaking or bond of reasonable amount to protect
8 Defendant's interest pending full resolution of the case.
9     The grounds for this application, as more fully set forth in the complaint, are
10 that:
11     1) Defendant caused a notice of trustee sale to be recorded against Plaintiff's
12 property and as such sale was set to occur on August 7, 2008 which will proceed
13 without the Court's intervention;
14     2) Plaintiff is entitled to rescission of the subject loan transaction and
15 damages pursuant to violations under the Truth In Lending Act;
16     3) Allowing the trustee sale to take place will irreparably harm Plaintiff. If
17 this motion was filed according to normal noticed motion procedures, the matter
18 would not be heard until after the sale, with Plaintiff's property most likely being
19 sold to a bona fide third party purchaser, thus limiting her remedies and displacing
20 her from her home.
21     This application is based on the Motion papers, including this document, the
22 attached Memorandum of Points and Authorities, the supporting declaration of
23 Plaintiff's attorney Damian Nassiri, the supporting declaration of Plaintiff
24 LEBRILLA and all the other papers and records on file in this action, including but
25 not limited to the Plaintiff's complaint, together with any argument and evidence
26 that may be presented at the hearing of this motion.
27
28

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
- 2 -

1  Plaintiff and his counsel have made repeated written and oral requests that
2  LITTON LOAN SERVICING, L.P., U.S. BANCORP, as well as the trustee who
3  noticed the sale postpone the trustee sale until the plaintiff's claims are resolved but
4  have been unsuccessful.

6  Dated: July 24, 2008

8  By: _____
9  Damian Nassiri
10  **HOWARD | NASSIRI, LLP**
11  Attorneys for Plaintiff, JULIAN LEBRILLA